# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert V. Capparella<br>    Debtor | |
| | CHAPTER 13 |
| COLONIAL SAVINGS, F.A., its successors and/or assigns<br>    Movant<br> vs. | |
| | NO. 17-16769 REF |
| Robert V. Capparella<br>    Debtor | |
| Frederick L. Reigle Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of COLONIAL SAVINGS, F.A., which was filed with the Court on or about December 6, 2017 Document No. 14.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                rsolarz@kmllawgroup.com
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

March 26, 2018