UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

ROBERT V.  CAPPARELLA

                                                     : Bankruptcy No. 17-16769REF
    Debtor(s)                              : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

        AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        ORDERED, that any wage orders are hereby vacated.

**Date: April 18, 2019**

BY THE COURT

_Richard E. Fehling, B. J._

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING PA 19606-

ROBERT V.  CAPPARELLA
48-5 HOLLY DRIVE
READING, PA 19606