United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert V. Capparella  
    Debtor

Case No. 17-16769-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 2     Date Rcvd: Apr 18, 2019  
                    Form ID: pdf900    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db            +Robert V. Capparella,    48-5 Holly Drive,    Reading, PA 19606-3936
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13993544      +Cheryl J. Allerton, Esquire,    1095 Ben Franklin Hwy. E.,    Douglassville, PA 19518-1800
14071466      +Cheryl J. Allerton, Esquire,    Allerton Bell P.C.,    1095 Ben Franklin Highway East,
                Douglassville, PA 19518-1800
13993545      +Citizens Bank Card Services,    P. O. Box 7092,    Bridgeport, CT 06601-7092
13994327      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
13993547       Colonial Savings FA,    P. O. Box 1301,    Fort Worth, TX 76101-1301
14071467      +Laurel Homeowners Association,    Cheryl J. Allerton, Esquire,    1095 Ben Franklin Highway East,
                Douglassville, PA 19518-1800
13993550      +Rebecca A. Solarz, Esquire,    KML Law Group, PC,    701 Market St., Ste. 5000,
                Philadelphia, PA 19106-1541
13993551      +Robert Capparella,    48-5 Holly Drive,    Reading, PA 19606-3936
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:56
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:12     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:50:22
                Capital One Auto Finance,    a division of Capital One, N.A.,    Ascension Capital Group,
                P.O. Box 165028,    Irving, TX 75016-5028
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:51:13
                Capital One Auto Finance, a divison of Capital One,    4515 N Santa Fe Ave. Dept APS,
                Oklahoma City, OK 73118-7901
13993543       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 19 2019 02:50:22
                Capital One Auto Finance,    P. O. Box 60511,    City of Industry, CA 91716-0511
13995770      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:51:13
                Capital One Auto Finance,    a division of Capital One, N.A.,    c/o AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
13999631      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:50:20
                Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 165028,    Irving, TX 75016-5028
13993546      +E-mail/Text: bankruptcydesk@colonialsavings.com Apr 19 2019 02:48:10     Colonial Savings FA,
                2626 West Freeway,    Fort Worth, TX 76102-7109
14005911      +E-mail/Text: bankruptcydesk@colonialsavings.com Apr 19 2019 02:48:10     Colonial Savings, F.A.,
                2626 W FWY,    Fort Worth, TX 76102-7109
13993548       E-mail/Text: mrdiscen@discover.com Apr 19 2019 02:47:21     Discover Bank,
                6500 New Albany Rd.,    New Albany, OH 43054
14081747      +E-mail/Text: dsgrdg@ptdprolog.net Apr 19 2019 02:47:32     David S. Gellert, Esquire,
                David S. Gellert, P.C.,    3506 Perkiomen Avenue,    Reading, PA 19606-2711
13999530       E-mail/Text: mrdiscen@discover.com Apr 19 2019 02:47:21     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13993549      +E-mail/Text: jbenson@laurelhomeowners.com Apr 19 2019 02:48:36     Laurel Homeowners Assoc.,
                625-A E. Neversink Rd.,    Reading, PA 19606-3935
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13993552      ##+Scott J. Best, Esquire,    Welsman, Weinberg & Reis Co., LPA,    325 Chestnut St., Ste. 501,
                Philadelphia, PA 19106-2605
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Robert V. Capparella dsgrdg@ptdprolog.net
          KEVIN G. MCDONALD    on behalf of Creditor    Colonial Savings, F.A. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ROBERT V.   CAPPARELLA

                                              : Bankruptcy No. 17-16769REF
        Debtor(s)                          : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

      AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      ORDERED, that any wage orders are hereby vacated.

**Date: April 18, 2019**

                                                      BY THE COURT

                                                      Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING PA 19606-

ROBERT V.   CAPPARELLA
48-5 HOLLY DRIVE
READING, PA 19606